**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 155 MAL 2019

               Respondents       :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

             v.                 :

                                :

BRYAN RAY REBER,             :

               Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.